UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EURON MATTHEWS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:07CV1937 HEA |
| | ) |
| AL LUEBBERS, | ) |
| | ) |
| Respondent, | ) |

## **ORDER OF DISMISSAL**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 1], is dismissed.

Dated this 15th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE